United States District Court
District of Massachusetts

| | |
|---|---|
| Vesal Yaghoobi, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Tufts Health Plan, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. <br> 23-12479-NMG |

ORDER

After consideration of plaintiff's Motion for Leave to File Second Amended Complaint (Docket No. 17) which does not:

1) include a Second Amended Complaint;

2) indicate how such a complaint would cure this Court's lack of subject matter jurisdiction; or

3) constitute a timely objection to the Report and Recommendation of Magistrate Judge Cabel (Docket No. 11),

that Report and Recommendation is hereby **ACCEPTED** and **ADOPTED**.

_/s/ Nathaniel M. Gorton_
Nathaniel M. Gorton
United States District Judge

Dated: September 12, 2024